F I L E D
JACKSONVILLE, FLORIDA

FEB 19 2015

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

In re:  Paul G Caspermeyer                          CASE NO.: 3:15-bk-00394-PMG
        Kimberly Caspermeyer
        2844 Longleaf Ranch Circle
        Middleburg, FL 32068

_____ Debtor(s)

___X___ **Chapter 13 Plan**                  _____ **Amended Chapter 13 Plan**

COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

## PLAN PAYMENTS

| **Payment Number by months** | **Amount of Monthly Plan payment** |
|---|---|
| 60 | $____500___ |

The Debtor(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Douglas W. Neway, Chapter 13 Standing Trustee, P.O. Box 2079, Memphis, Tennessee 38101-2079. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| | | | |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| | | | |

AAFES/NEXCARD
ATTN: FA-DPP
P.O. Box 650524
Dallas, TX 75265
Account Number: 011296

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

Ocwen Mortgage
PO Box 24738
West Palm Beach, FL 33416
Phone: 800-746-2936
Account number 7091477641

2844 Longleaf Ranch Circle
Middleburg, FL 32068

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Property to Be Surrendered:**

Creditor Name:                                    Property Address or Description
                                                             of Item:

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**(motion to value must be filed consistent with plan treatment)**

**Executory Contracts:**

**The following Executory Contracts are assumed**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|

**The following Executory Contracts are rejected:**

| Name of Creditor: | Description of Collateral: |
|---|---|

**Liens to by Avoided pursuant to 11 U.S.C. Section 522(f):**
**Name of Creditor:**                                    **Description of Collateral:**

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: __0__%

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

**Other Provisions: (Bold and in larger font)**

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this ___18th___ day of __February_____, 2015.

_____
Debtor(s)

Paul G Caspermeyer

_____
Debtors(s)

Kimberly Caspermeyer

Truly Nolan Pest Control
5730 Bowden Road
Suite 301
Jacksonville, FL 32216
Account number: 690052915

Black Creek Veterinary Hospital
4106 CR 218 West
Middleburg, FL 32068
Account number: 12694

Optigen Inc.
1351 13th Ave S
Suite 100
Jacksonville, FL 32250
Phone (800) 273-9114
Account number: 11686

DT Credit Company, LLC
(2009 Dodge Caravan FWD)
PO Box 29018
Phoenix, AZ 85038
Account number: 112008599101

Carecredit/Synchrony Bank
PO Box 965003
Orlando, FL 32896
Account number: 6019183257243741

IRS, Department of the Treasury Internal Revenue Service
Atlanta, GA 39901
Phone: (800)-829-0922
Account number/caller ID:  497818

Minute Clinic Diagnostic of Florida
PO Box 329
Woonsocket, RI 02895
Phone (866)-389-2727
Account number: 981737A1651

Thrift Savings Plan
PO Box 385021
Birmingham, AL 35238
Phone (877)-968-3778
Account number: 1014002G

Military Star Credit Account The Exchange
PO Box 740890
Cincinnati, OH 45274
Account number: 6019452001114288

Quest Diagnostics
PO Box 740781
Cincinnatti, OH 45274
Account number: 2202821352

NCB Management Services Inc.
On behalf of HSBC Auto Financial HSBC # 30000141594081000
PO Box 1099
Langhorne, PA 19047
Account number: 1005707112

MRS Associates
On behalf of GM Financial GM # xxxx-1676
1930 Olney Ave
Cherry Hill, NJ 08003 phone (888)-274-9847
Account number: LU1.1665129.1751955

Kohl's
PO Box 2983
Milwaukee, WI  53201
Account number: 062-0587-782

Carespot of Jacksonville FL
PO Box 403959
Atlanta, GA 30384
Phone (866)-765-2684
Account number: 000100000002736

Valentine & Kebartas, Inc
On behalf of Verizon Wireless
PO Box 325
Lawrence, MA 01842
Phone (800)-941-3849
Account number: 042400498300001